IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:02-cr-00045-MP-AK
 1:03-cr-00026-MP-AK

STEVEN LAKE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 157 in Case No. 1:02-cr-00045, and Doc. 16 in Case No. 1:03-cr-00026, Motion to Continue Sentencing Hearing, filed by Defendant Lake. In his motions, Defendant requests a continuance of his sentencing, currently set for July 6, 2007. The Government does not object to a continuance in either case. Therefore, after considering the matter, the Court grants Defendant's motions, and Defendant's sentencing in both cases is continued to August 2, 2007, at 9:30 a.m.

    **DONE AND ORDERED** this  _12th_ day of June, 2007

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge