IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:02-cr-00045-MP-AK
    1:03-cr-00026-MP-AK

STEVEN LAWRENCE LAKE,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on a request by the United States Probation Office for a continuance of the sentencing hearing of Defendant Lake, currently set for Thursday, August 2, 2007. Because Defendant's objections to the Presentence Report were filed only recently, the Probation Office states that it has not had enough time to prepare a response to the objections. The Court finds that this response is necessary to evaluate Defendant's objections properly. Accordingly, sentencing in Case Numbers 1:02-cr-00045 and 1:03-cr-00026 is continued to Thursday, August 23, 2007, at 10:00 a.m.

    **DONE AND ORDERED** this   *31st* day of July, 2007

                          *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge