IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 1:02-cr-45-MP-GRJ-1

STEVEN LAWRENCE LAKE

_____/

## O R D E R

This matter is before the Court on Doc. 218, a Motion to Vacate under 28 U.S.C. § 2255. Petitioner has failed to provide the required two identical service copies of the petition. This deficiency must be corrected before the Court undertakes further review of the petition. Additionally, the Court notes that Page 19 of the attached Memorandum of Law is missing from Petitioner's filing.

Accordingly, it is **ORDERED:**

1. Petitioner shall provide two identical service copies of his Petition to the Clerk **on or before February 11, 2013**.

2. Failure to comply with this Order within the allotted time will result in a recommendation to the District Judge that this case be dismissed.

**DONE AND ORDERED** this 22nd day of January 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge