# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                CASE NO. 1:02-cr-00045-MP-GRJ-1

STEVEN LAWRENCE LAKE,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 2, 2013. (Doc. 234). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The government's motion to dismiss (doc. 223) is GRANTED and petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (doc. 218) is DISMISSED as untimely.

3. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases in the U.S. District Courts.

**DONE AND ORDERED** this   *2nd* day of August, 2013

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge